**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**THE POINTE CONDOMINIUM
OWNERS'ASSOCIATION, INC.,**
as assignee of Navigators Specialty
Insurance Company and Evanston
Insurance Company,

      **Plaintiff**,

**v.**                            **Case No. 3:26-cv-38-TKW-HTC**

**AMERISURE INSURANCE
COMPANY, et al.,**

      **Defendants**.
_____/

## ORDER GRANTING EXTENSION OF TIME

This case is before the Court based on the motion for extension of time filed by Defendant Amerisure Insurance Company (Amerisure) (Doc. 151). The motion does not indicate Plaintiff's position on the motion, but the Court sees no reason to hold the motion for a response because the extension requested in the motion will expire before the response to the motion is due and there is no apparent prejudice to Plaintiff if the requested extension is granted.

Accordingly, it is **ORDERED** that the motion is **GRANTED**, and Amerisure

has until June 22, 2026,[1] to answer the complaint.

**DONE and ORDERED** this 10th day of June, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**

---

[1] The motion requested an extension to June 19, but because that is a federal holiday (Juneteenth), the deadline will become the next business day—Monday, June 22. That, of course, does not preclude Amerisure from filing its answer before the deadline.